IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

        Plaintiff,                      No. CIV S-06-0145 FCD PAN P

    vs.

S. WRIGHT,

        Defendant.               FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff's complaint was filed with the court on January 23, 2006.  The court's own records reveal that on January 23, 2006, plaintiff filed a complaint containing virtually identical allegations against the same defendants.  (No. Civ. S-06-0146 DFL GGH P).[1]  Although plaintiff filed CIV S-06-0146 DFL GGH P on an application for writ of habeas corpus form, the court construed plaintiff's filing as a civil rights complaint and ordered the case transferred to the Central District, where plaintiff is presently incarcerated and where the events at issue took place.  Due to the duplicative nature of the present action, the court will recommend that the instant complaint be dismissed.

        In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1    These findings and recommendations are submitted to the District Judge assigned
2 to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
3 served with these findings and recommendations, plaintiff may file written objections with the
4 court.  The document should be captioned "Objections to Magistrate Judge's Findings and
5 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
6 may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
7 Cir. 1991).

8 DATED:  March 24, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; gree0145.23