IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

      Plaintiff,                       No. CIV S-06-0145 FCD PAN P

   vs.

S. WRIGHT,

      Defendant.                 ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983.  On April 17, 2006, plaintiff filed a request to file a civil rights complaint concerning use of force that occurred on March 7, 2006 at California Correctional Institution in Tehachapi, California.  However, in his request, plaintiff concedes he has not completed administrative exhaustion of these recent claims.

       "Section 1997e(a) of Title 42 of the United States Code provides:

> No action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

This exhaustion requirement is mandatory.  Booth v. Churner, 532 U.S. 731, 741 (2001)."

McKinney v. Carey, 311 F.3d 1198, 1199 (9th Cir. 2002); see also Porter v. Nussle, 534 U.S.

1

1  516, 524 (2002).  Exhaustion must precede the filing of the complaint and that compliance with
2  the statute is not achieved by satisfying the exhaustion requirement during the course of an
3  action.  McKinney, 311 F.3d at 1199.  Accordingly, plaintiff's request to be allowed to file a
4  complaint prior to the completion of the administrative process will be denied.
5         Moreover, the alleged violations took place in Kern County, which is part of the
6  Fresno Division of the United States District Court for the Eastern District of California.  See
7  Local Rule 3-120(d).  Thus, once plaintiff exhausts his administrative remedies, he should file
8  his civil rights complaint in the Fresno Division of this court.[1]
9         Accordingly, IT IS HEREBY ORDERED that plaintiff's April 17, 2006 request is
10 denied.
11 DATED:  April 19, 2006.

UNITED STATES MAGISTRATE JUDGE

/gree0145.den

---

[1] The Fresno court address is:  United States District Court, Eastern District of California, 2500 Tulare Street, Fresno, CA 93721.

2