IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

      Plaintiff,                    No. CIV S-06-0145 FCD PAN P

    vs.

S. WRIGHT,

      Defendant.              ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On March 27, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] Plaintiff asks the court to use CIV S-06-0146 as an exhibit in this case. However, as noted in the findings and recommendations, CIV S-06-0146 was transferred to the Central District of California. Accordingly, CIV S-06-0146 is no longer open in this district. Plaintiff does not dispute that the allegations herein are duplicative of the allegations presented in CIV S-06-0146.

1

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2006, are adopted in full;

2. This action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

DATED:April 21, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge